FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 29 P 3: 20

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>Through its Agency,<br>SMALL BUSINESS ADMINISTRATION | * | |
| Plaintiff | * | Civil No. L 98 4072 |
| v. | * | |
| GLENN F. MYERS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED JUDGMENT

Having considered the motion of UMLIC VP LLC to amend the judgment in the above-captioned proceeding and to substitute UMLIC VP LLC as the judgment holder, it is this 28th day of Aug., 2000, by the United States District Court for the District of Maryland, Northern Division, ORDERED:

1. That the motion of UMLIC VP LLC to amend the judgment in this action entered in favor of The United States of America, Small Business Administration, dated December 16, 1998, and to substitute UMLIC VP LLC as the judgment holder is GRANTED; and it is further ORDERED

2. That Judgment is entered in favor of UMLIC VP LLC against Defendant Glenn F. Myers in the principal amount of $23,590.43, plus accrued but unpaid interest in the amount of $4,333.20, plus costs of suit, which sum is calculated as of December 16, 1998. Interest accrues at the legal rate from the date of Judgment until paid.

_____
United States District Judge

0133952.01